# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-777**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

## Title

**Title of Work:** Amane Kanata

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 27, 2019
**Nation of 1ˢᵗ Publication:** Japan

## Author

- **Pseudonym:** Oshioshio
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-739

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Takane Lui

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 27, 2021
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Kakage
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-675

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:** Shirogane Noel

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 08, 2019
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Watao
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-996

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Usada Pekora

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 17, 2019
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Yuuki Hagure
 **Author Created:** 2-D artwork
 **Work made for hire:** No
 **Domiciled in:** Japan
 **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-672

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:**    AZKi

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    November 15, 2018
**Nation of 1st Publication:**    Japan

## Author

- **Pseudonym:**    kasokuSato
  **Author Created:**    2-D artwork
  **Work made for hire:**    No
  **Domiciled in:**    Japan
  **Pseudonymous:**    Yes

## Copyright Claimant

**Copyright Claimant:**    COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:**    By written agreement

## Certification

**Name:**    Bruno Tarabichi
**Date:**    July 16, 2025

---

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-282**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Akai Haato |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 02, 2018 |
| **Nation of 1st Publication:** | Japan |

## Author

- | | |
  |---|---|
  | **Pseudonym:** | Haruyuki |
  | **Author Created:** | 2-D artwork |
  | **Work made for hire:** | No |
  | **Domiciled in:** | Japan |
  | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | COVER Corporation |
| | Tokyo Mita Garden, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Bruno Tarabichi |
| **Date:** | July 16, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-457-255**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 12, 2025

---

## Title

**Title of Work:**  Sakura Miko

## Completion/Publication

**Year of Completion:**  2018
**Date of 1st Publication:**  August 01, 2018
**Nation of 1ˢᵗ Publication:**  Japan

## Author

- **Author:**  Tanaka Yuuichi
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Domiciled in:**  Japan

## Copyright Claimant

**Copyright Claimant:**  COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:**  By written agreement

## Certification

**Name:**  Bruno Tarabichi
**Date:**  July 16, 2025

---

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-559

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:** Natsuiro Matsuri

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 01, 2018
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Minamura Haruki
  **Author Created:** 2-D artwork
**Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-321

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Shishiro Botan |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 14, 2020 |
| **Nation of 1st Publication:** | Japan |

## Author

- | | |
  |---|---|
  | **Pseudonym:** | tomari |
  | **Author Created:** | 2-D artwork |
  | **Work made for hire:** | No |
  | **Domiciled in:** | Japan |
  | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | COVER Corporation |
| | Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Bruno Tarabichi |
| **Date:** | July 16, 2025 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-906

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Title of Work:**  Tokoyami Towa

## Completion/Publication
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Year of Completion:**  2020
**Date of 1st Publication:**  January 03, 2020
**Nation of 1ˢᵗ Publication:**  Japan

## Author
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

- **Pseudonym:**  rurudo
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Domiciled in:**  Japan
  **Pseudonymous:**  Yes

## Copyright Claimant
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Copyright Claimant:**  COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:**  By written agreement

## Certification
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name:**  Bruno Tarabichi
**Date:**  July 16, 2025

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-740

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Ichijou Ririka |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | September 09, 2023 |
| **Nation of 1st Publication:** | Japan |

## Author

- | | |
|---|---|
| **Pseudonym:** | Nakamura |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Domiciled in:** | Japan |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | COVER Corporation |
| | Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Bruno Tarabichi |
| **Date:** | July 16, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-588

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025



---

## Title

| | |
|---|---|
| **Title of Work:** | Harusaki Nodoka |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 01, 2022 |
| **Nation of 1st Publication:** | Japan |

## Author

| | |
|---|---|
| • **Pseudonym:** | Ordan |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Domiciled in:** | Japan |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | COVER Corporation |
| | Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Bruno Tarabichi |
| **Date:** | July 16, 2025 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-591**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:** Kikirara Vivi

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** November 09, 2024
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** nonco
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-756

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Himemori Luna

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 04, 2020
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Kanzaki Hiro
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-769**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Momosuzu Nene

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 13, 2020
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Nishizawa 5mm
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-191

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 06, 2025

---

## Title

**Title of Work:** Yukihana Lamy

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 12, 2020
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Rin*Yuu
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Domiciled in:** Japan
- **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-574

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:** Kiryu Coco

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 28, 2019
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** yaman**
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-006**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Hakui Koyori

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 28, 2021
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Momoco
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-456-678

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 07, 2025

## Title

**Title of Work:**  Houshou Marine

## Completion/Publication

**Year of Completion:**  2019
**Date of 1st Publication:**  August 11, 2019
**Nation of 1st Publication:**  Japan

## Author

- **Pseudonym:**  Akasa Ai
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Domiciled in:**  Japan
  **Pseudonymous:**  Yes

## Copyright Claimant

**Copyright Claimant:**  COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:**  By written agreement

## Certification

**Name:**  Bruno Tarabichi
**Date:**  July 16, 2025

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-998

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Hoshimachi Suisei

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 22, 2018
**Nation of 1st Publication:** Japan

## Author

- **Pseudonym:** Teshima Nari
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** COVER Corporation
Tokyo Mita Garden Tower, 3-5-19, Mita, Minato-ku, Tokyo, 108-0073, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Bruno Tarabichi
**Date:** July 16, 2025

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).