# Exhibit B

| No. | URL | TITLE<br>(Reference translation of the original Japanese language titles) | COPYRIGHT INFRINGED | COPYRIGHT REG. NO. |
|---|---|---|---|---|
| 1 | https://www.youtube.com/watch?v=Qtm3tGgIdA | Concerns over Amane Kanata spark discussion that none of her faction party members are among the "Hololive members who reached out behind the scenes"【Kanatan/Hololive/Cover Inc./VTuber】 | Amane Kanata | VA 2-456-777 |
| 2 | https://www.youtube.com/watch?v=H-rdbEzchRg | Confirmed: Perpetrator of Amane Kanata's internal leak remains unidentified even after 13 months【Leaker/Kanatan/Hololive/Cover Inc./VTuber】 | Amane Kanata | VA 2-456-777 |
| 3 | https://www.youtube.com/watch?v=LpVnY79Gvfc | Shiragane Noel "I Saw the Spider's Thread of Reiwa" Amane Kanata "But the Rope Fell Down?" [Captain/Kanatan/Hololive/Cover Inc./VTuber] | Shirogane Noel | VA 2-456-675 |
| 4 | https://www.youtube.com/watch?v=bXEPhUyN33c | Amane Kanata: "Women always bring their emotions to work. AZKi and Usada Pekora are different though..." [Azuki/Pekora/Hololive/Cover Inc./VTuber] | Amane Kanata | VA 2-456-777 |
| 5 | https://www.youtube.com/watch?v=iVF0i93lk_o | Hololive Management Announces Settlement with Individual Who Created Fabricated Hanging Image of Usada Pekora in 2021? [Pekora/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 6 | https://www.youtube.com/watch?v=q461xQKjFZE | Code Geass's Lelouch Sparks Massive Backlash with Collaboration Goods Featuring Him as a Couple with an Ugly Female VTuber [Takamine Rui/Hololive/Cover Inc./VTuber] | Takane Lui | VA 2-456-739 |
| 7 | https://www.youtube.com/watch?v=GttwYL6cy94 | Akai's tearful rebuttal! "Don't treat my sanity like an illness! It's all true!" [Haachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 8 | https://www.youtube.com/watch?v=gu4Yqxm1DW4 | Usada Pekora: "Women inevitably form cliques and never help other cliques" [Pekora/Peko-chan/Akaia Hato/Haa-chan/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 9 | https://www.youtube.com/watch?v=2cvw3_jIxQI | Sakura Miko, who cried endlessly during a stream and steered viewers to her fan club, ended up with 'a ¥230,000 monthly sales increase' ← What a shady business...【Mikochi/Akai Hato/Haachama/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |
| 10 | https://www.youtube.com/watch?v=zS0nmrxV7lk | Sakura Miko: "Sniffle sniffle, I'm so sad I can only stream for 16 minutes... The rest is for paid members only (2-hour stream)" ← This is way too dark... [Mikochi/Akai Hato/Haa-chan/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 11 | https://www.youtube.com/watch?v=kZPy9HucvW0 | Akai's later faction party criticism video reposted on Bilibili was inexplicably deleted at lightning speed [Haachama/Bilibili/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 12 | https://www.youtube.com/watch?v=bdQKy5FeDLw | Akaichan Exposes Bullying Within Hololive!? "Bullying Young Kids Is Just So Much Fun, Isn't It?" [Haachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 13 | https://www.youtube.com/watch?v=oHqqNdmOuKA | Akai Hato Criticizes Hololive's Faction Parties! Is This Her True Feelings She's Been Holding Back!? [Hachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 14 | https://www.youtube.com/watch?v=JpiLLPg2sIk | Akai's Shocking Confession! 'The Isolation Ward Was a Punishment Game' - Escape Attempts and Days of Being Drugged [Haachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 15 | https://www.youtube.com/watch?v=iIzGjTNwbEE | Natsuiro Matsuri "The fan club doesn't know anything about Matsuri yet either" [Matsuri/Hololive/Cover Inc./VTuber] | Natsuiro Matsuri | VA 2-456-559 |
| 16 | https://www.youtube.com/watch?v=ko1kuMpeyIA | Shishiro Botan's "Shinkoiwa Self-Pleasure User" Mocking Comments Spark Backlash, Archives Made Private [Shishiron/Cleaning Staff/Hololive/Cover Inc./VTuber] | Shishiro Botan | VA 2-456-321 |
| 17 | https://www.youtube.com/watch?v=RY3_moCXkcM | Akai Hato: "Are all Hololive members righteous? Hahaha, are you serious?" [Haachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 18 | https://www.youtube.com/watch?v=B_E1EzsjqIk | Sakura Miko "Honestly, the fan club feels like nose-picking" [Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 19 | https://www.youtube.com/watch?v=G8sfOX8gIYs | Usada Pekora: "Do people actually think I make my manager wear gloves?" [Pekora/Peko-chan/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 20 | https://www.youtube.com/watch?v=esuUPIEFogU | Shiragane Noel, Fan Club States "No Money Comes to Me" and "Prioritizes Menshi" [Noel Captain/Hololive/Cover Inc./VTuber] | Shirogane Noel | VA 2-456-675 |
| 21 | https://www.youtube.com/watch?v=OvR74sYJDWs | Akai Hato shows no activity for over 40 hours after commenting on kson (formerly Kiryu Coco)'s stream【Hachama/Hololive/Cover Inc./VTuber】 | Akai Haato | VA 2-456-282 |
| 22 | https://www.youtube.com/watch?v=EGzEvdmdy-8 | Towa Towa, Regarding the Fan Club: "Management Should Properly Handle Reporting, Communication, and Consultation First" [Towa-sama/Hololive/Cover Inc./VTuber] | Tokoyami Towa | VA 2-456-906 |
| 23 | https://www.youtube.com/watch?v=FQC996-_ZeA | Regarding Ririka Ichijo and Her Mom Artist "Nakamura" Suddenly Snapping: "I Seriously Have No Idea" [Ririka/Illustrator/Character Design/Hololive/Cover Inc./VTuber] | Ichijou Ririka | VA 2-456-740 |
| 24 | https://www.youtube.com/watch?v=02MuOIN_Sa4 | Sakura Miko's Heartbreaking Mistake! She Operated Her PC While Both Gloved Hands Were Visible, Switching the BGM [Mikochi/Leak/Leaker/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |

| | | | | |
|---|---|---|---|---|
| 25 | https://www.youtube.com/watch?v=PDDL3painAQ | Ririka Ichijo's Mom Artist "Nakamura" Deletes Meaningful Tweet but Continues Causing Trouble Without Any Explanation [Ririka/Illustrator/Character Design/Hololive/Cover Inc./VTuber] | Ichijou Ririka | VA 2-456-740 |
| 26 | https://www.youtube.com/watch?v=IQ17FLC_S30 | Nodoka Haru's final stream title changed from "See you later"! Was it pressure from management!? [Reincarnation/Hololive/Cover Inc./VTuber] | Harusaki Nodoka | VA 2-456-588 |
| 27 | https://www.youtube.com/watch?v=CaNvpnrYL-E | Ririka Ichijo says she consults with Pekora Usada when planning Pokémon Gold Datsura projects, sparking discussion [Pekora/Peko-chan/Hololive/Cover Inc./VTuber] | Ichijou Ririka | VA 2-456-740 |
| 28 | https://www.youtube.com/watch?v=Ly04mqmKZXU | KiraKira Vivi: Unable to stream due to sudden meeting disrupting mental state [Hololive/Cover Inc./VTuber] | Kikirara Vivi | VA 2-456-591 |
| 29 | https://www.youtube.com/watch?v=Pr5FBdgfTWs | Kirakira Vivi hints that reason for tears is bad news to be announced later: "Everyone will understand later" [Vivi-chan/Hololive/Cover Inc./VTuber] | Kikirara Vivi | VA 2-456-591 |
| 30 | https://www.youtube.com/watch?v=eSL4l32XpAY | Verify the Truth About Akai! Fans Start Petition Demanding External Investigation! [Haachama/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 31 | https://www.youtube.com/watch?v=HFPXdxAErp8 | Himemori Luna, Dark Night Moruru appears on the game screen, but "Don't mind the old name showing up" [Nnatan/Hololive/Cover Inc./VTuber] | Himemori Luna | VA 2-456-756 |
| 32 | https://www.youtube.com/watch?v=Wc94xpST0f8 | Ane Kanata is discovered stating in an August livestream that she cannot participate in faction parties【Kanatan/Hololive/Cover Inc./VTuber】 | Amane Kanata | VA 2-456-777 |
| 33 | https://www.youtube.com/watch?v=u7o13PEFyfk | Momozono Nene: "Mane-chan told me 'Yesterday's stream was carefully worded, so it barely passed muster'" ← Seriously!? [Nenechi/Faction/Hololive/Cover Inc./VTuber] | Momosuzu Nene | VA 2-456-769 |
| 34 | https://www.youtube.com/watch?v=ItWczsU5ZxM | Akai Hato's article compiling criticisms of 'that person' gets erased by dark forces [Hachama/Faction/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 35 | https://www.youtube.com/watch?v=vVC-sG-zmrE | Sakura Miko "I kinda want at least one Nijisanji friend, huh? Bwah!" ← Kuroi Shiba...【Mikochi/Faction/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |
| 36 | https://www.youtube.com/watch?v=-DFiLfq9cKs | Amane Kanata: "I proposed hiring an external manager but it was rejected" ← What is the purpose of having 800 full-time employees? [Kanatan/Factions/Hololive/Cover Inc./VTuber] | Amane Kanata | VA 2-456-777 |
| 37 | https://www.youtube.com/watch?v=DyaxxHsWixE | Natsuiro Matsuri "I like ○○○○ because even after becoming popular, they don't get cocky and still hang out with us" ← So there are cocky people...【Hololive/Cover Inc./VTuber】 | Natsuiro Matsuri | VA 2-456-559 |
| 38 | https://www.youtube.com/watch?v=Nrs3T9Zu4v0 | Is Akai graduating? Streamed tearfully on personal channel: "I have no place to return to, no decision-making power anymore" [Haachama/Reincarnation/Contract Termination/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 39 | https://www.youtube.com/watch?v=Ykft_acuLJq | Amane Kanata, no collaborations with Kakumaki Watame or Hoshimachi Suisei before graduation! Are they not getting along and refusing to perform together!? [Hololive/Cover Inc./VTuber] | Amane Kanata | VA 2-456-777 |
| 40 | https://www.youtube.com/watch?v=NXYFzB4PMdA | Akai's personal videos and tweets have all been deleted [Haachama/Fujimi Kotone/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 41 | https://www.youtube.com/watch?v=fGjyk-XtS-0 | Snowflake Rammy Stream Interrupted by Mysterious Voice Saying "Shut Up" [Hololive/Cover Inc./VTuber] | Yukihana Lamy | VA 2-456-191 |
| 42 | https://www.youtube.com/watch?v=_7Qr3iUsTLA | Hololive Management Announces Regarding Generative AI Usage Allegations: "Subcontractor Created It, Currently Investigating" [Backlash/HoloKa/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 43 | https://www.youtube.com/watch?v=ngNqF_c7shE | Hololive's Sakura Miko Posts Illustration Suggesting Graduation and Announces Activity Hiatus [Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 44 | https://www.youtube.com/watch?v=yIK1LVLbhzo | Is Akai Haa's graduation confirmed? She's the only one absent from the April-release bookmark goods [Retirement/Contract Termination/Haa-chan/Bookmark/Hololive/Cover Inc./VTuber] | Akai Haato | VA 2-456-282 |
| 45 | youtube.com/watch?v=CeVu5HJQ0a0&pp=0gcJCYcKAYcqIYzv | Akai also said, "That 'breadwinner' person's popularity was created by the management's promotion, right?" [Retirement/Contract Termination/Haachama/Bookmark/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 46 | https://www.youtube.com/watch?v=8-SNDNopnxY | Sakura Miko covers Ushida Pekora's Kanata Amane graduation Minecraft stream for 5 consecutive days [#HoloDragonMinecraft/Mikochi/Pekora/Faction/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 47 | https://www.youtube.com/watch?v=E4qI4ARtYlc | Hololive Management in an Uproar Over Sakura Miko's Game Awards Nomination! Ignored Usagi Peko-ra Last Year...【#TheGameAwards/PreferentialTreatment/Mikochi/Peko-ra/Factions/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |
| 48 | https://www.youtube.com/watch?v=EGMIN96IYQ0 | Kiryu Coco: "I respect the 0th Generation members. Except for Sakura Miko-senpai." ← Is this a confirmation? [Mikochi/Factions/Hololive/Cover Inc./VTubers] | Kiryu Coco | VA 2-456-574 |
| 49 | https://www.youtube.com/watch?v=DqNqzIgXc90 | Koyori Hiroi's December Average Concurrent Viewers Plummet Amid Spider's Thread Funnel Controversy [Concurrent Viewers/Hololive/Cover Inc./VTuber] | Hakui Koyori | VA 2-456-006 |
| 50 | https://www.youtube.com/watch?v=qFYiO0-8IwY | Sakura Miko: "A mere manager who's never even been a streamer..." ← Oh...【Mikochi/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |

| | | | | |
|---|---|---|---|---|
| 51 | https://www.youtube.com/watch?v=HLbD1ow-VaU | Hachimaki Kiko publishes article on suspicions of bot-inflated concurrent viewer numbers for Sakura Mikoto [Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 52 | youtube.com/watch?v=EjF1LppAEiM&pp=0gcJCYcKAYcqIYzv | Amane Kanata "Only some have exclusive managers" Aster "I have one exclusive manager" ← YAGOO What's this? [Omoru Polka/Holostars/Hololive/Cover Inc./VTuber] | Amane Kanata | VA 2-456-777 |
| 53 | https://www.youtube.com/watch?v=Phu5ptc_8RI&pp=0gcJCYcKAYcqIYzv | Sakura Miko says something like Kyubey about graduation【Amane Kanata/Mikochi/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |
| 54 | https://www.youtube.com/watch?v=G64DzW5FoS4 | Sakura Mikoto "What a nasty face... You look just like Seikin-san" ※Regarding Dragon Quest's creepy monsters [Tsuchiwarashi/Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 55 | https://www.youtube.com/watch?v=ah-rjxdMT-Q | Sakura Miko sets up a "Completely Blind Judge Eyes" segment, but it's exposed as a lie since she streamed it 3 years ago【Mikochi/Hololive/Cover Inc./VTuber】 | Sakura Miko | VA 2-457-255 |
| 56 | https://www.youtube.com/watch?v=iQFPiaNCT7I | Sakura Mikoto Excludes Only Usada Pekora from Hololive Relationship Chart in Sneaky Stream [Mikochi/Pekora/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 57 | https://www.youtube.com/watch?v=5r6NRpyNQ2c | Sakura Miko violates terms of service by reading paid horse racing program information, causing controversy... [Mikochi/Green Channel/Hololive/Cover Inc./VTuber | Sakura Miko | VA 2-457-255 |
| 58 | https://www.youtube.com/watch?v=zCeigWGg4Q0 | The Reason Behind Pekomiko's Feud? The Truth Behind the "Finger-Pointing Incident" Is Way Too Shocking [Sakura Miko/Mikochi/Usada Pekora/Pekora/Captain Marin Hozumi/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 59 | https://www.youtube.com/watch?v=-EKlqTjOkVw | Sakura Miko Horse Racing Program Repetition Issue, Opinions of Paid Members Spending Tens of Thousands of Yen on Super Chats Deleted One After Another [Miko/Green Channel/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 60 | https://www.youtube.com/watch?v=ipcVlR--zgU | Sakura Miko's scandalous parts silently deleted! Parts like ○○○○ disappear [Paid Horse Racing Program Repeat/Mikochi/Green Channel/Holo Live/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 61 | https://www.youtube.com/watch?v=IKfCHuSxgWo | Sakura Miko: "The company moderator did it without permission. We are taking action against the slander." ←??? [Paid Horse Racing Program Repetition / Mikochi / Green Channel / Hololive / Cover Inc. / VTuber] | Sakura Miko | VA 2-457-255 |
| 62 | https://www.youtube.com/watch?v=Yqp2R6QIM8o | Sakura Miko Horse Racing Program Repetition Incident Achieves Feat of Three Articles Published on Yahoo! News! [Mikochi/Green Channel/Holo Live/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 63 | https://www.youtube.com/watch?v=cJRkcjcO_Ao | President YAGOO's old tweet saying "If I'm going to date anyone, it's Miko-chan!" gets unearthed [Motoaki Yagou/Sakura Miko/Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 64 | youtube.com/watch?reload=9&v=UdyJrE9vNiw | Summary video of the "Finger-Pointing Incident" for restoring Usada Pekora's reputation removed at Hololive's request [Sakura Miko/Mikochi/Pekora/Captain Marin/Hololive/Cover Inc./VTuber] | Usada Pekora | VA 2-455-996 |
| 65 | https://www.youtube.com/watch?v=7gxuRbUzIGU | Suissei Hoshi's parody of "Sakura Miko's attitude when scolded" is way too harsh【Mikochi/Hololive/Cover Inc./VTuber】 | Hoshimachi Suisei | VA 2-455-998 |
| 66 | https://www.youtube.com/watch?v=K2hfR1SuhHc | Sakura Miko Incident: One of the Worst in History - The 'Minecraft Culture Festival Incident' is Too Horrible [Mikochi/Amane Kanata/Kantan/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 67 | https://www.youtube.com/watch?v=tTqDMNGFAGo | Sakura Miko's Subscriber Count Drops by 20,000—Was It Just a Worry for Nothing!? Impact of Repeated Controversies!? [Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |
| 68 | https://www.youtube.com/watch?v=dfHo1IPKguU | [GPT Score 60 Apology] Sakura Miko's Apology Stream: What Exactly Did She Apologize For? [Mikochi/Hololive/Cover Inc./VTuber] | Sakura Miko | VA 2-457-255 |