1  Gamma Law, P.C.
   Duy Thai, SBN 157345
2  Email: dthai@gammalaw.com
   Bruno Tarabichi, SBN 215129
3  Email: btarabichi@gammalaw.com
4  One Sansome Street, Suite 1400
   San Francisco, California 94104
5  Telephone: 415.901.0510
   Facsimile: 415.422.9962
6

7  Attorneys for Plaintiff
   COVER Corporation
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12
   | COVER CORPORATION, a Japanese corporation, | Case No. _____ |
   |---|---|
   | Plaintiff, | PLAINTIFF COVER CORPORATION'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO LOCAL RULE 3-15 |
   | v. | |
   | MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive, | |
   | Defendants. | |

Pursuant to Civil Local Rule 3–15, the undersigned certifies on behalf of Plaintiff COVER Corporation as follows:

1. COVER Corporation is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

2. Other than the parties themselves, COVER Corporation states that there are no persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or any other entities known by COVER Corporation to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

3. No statement of citizenship is required because this is not a diversity action under 28 U.S.C. § 1332(a).

Dated: February 5, 2026

Respectfully submitted,

GAMMA LAW, P.C.

By /s/ Bruno Tarabichi
Duy Thai
Bruno Tarabichi
Attorneys for Plaintiff
COVER Corporation