Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01117-JD<br><br>ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Case Filed:    February 5, 2026<br>Judge:           Honorable James Donato |

1.      The Case Management Conference is currently scheduled for May 28, 2026, at 11:00 A.M., in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102.

2.      Plaintiff respectfully requests that the Court continue the Case Management Conference to the following date, or another date at the Court's convenience: November 27, 2026, at 11:00 A.M., in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102.

3.      GOOD CAUSE exists for requesting this continuance because defendant Masaki Yamashita is an individual residing in Japan, a country that requires

process to be served in accordance with the Hague Service Convention. Plaintiff has initiated the Hague Service process but does not expect to a response from the relevant Japanese Authorities for at least six months. Plaintiff's Hague Service package was delivered to the Ministry of Foreign Affairs on March 27, 2026 which began the six-month period. Plaintiff has added an additional 60 days beyond the six-month mark to allow defendant sufficient time to respond and retain local counsel.

4.    The defendant has not agreed to this continuance because he has not yet responded to the Complaint.

5.    The 90-day time limit for service under Fed. R. Civ. P. 4(m) does not apply here. Rule 4(m) expressly exempts service in a foreign country under Fed. R. Civ. P. 4(f), which governs service on defendant Masaki Yamashita in Japan.

6.    This is plaintiff's first request to continue the Case Management Conference.

Dated:  May 11, 2026

Respectfully submitted,

GAMMA LAW, P.C.

By  /s/  Bruno Tarabichi
_____
Duy Thai
Bruno Tarabichi
Attorneys for Plaintiff
COVER Corporation

ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
*COVER Corporation v. Masaki Yamashita, et al.* — No. 3:26-cv-01117-JD