Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>           Plaintiff,<br><br>           v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 3:26-cv-01117-JD<br><br>DECLARATION OF BRUNO TARABICHI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Case Filed:    February 5, 2026<br>Judge:        Honorable James Donato |

I, Bruno Tarabichi, declare as follows:

1. I am an attorney at law, duly admitted into practice before all courts for the State of California. I am of counsel in the law firm of Gamma Law, P.C., counsel for Plaintiff COVER CORPORATION. I make this Declaration in support of Plaintiff's Administrative Motion to Continue the Case Management Conference. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

2. Defendant Masaki Yamashita is an individual residing in Japan, a country that requires process to be served in accordance with the Hague Service Convention. Plaintiff has initiated the Hague Service process, and plaintiff's Hague Service package was delivered to the Ministry of Foreign Affairs on March 27, 2026. Based on the representations of the retained Hague Service process service, plaintiff expects the service process to take six months. Accounting for this processing time and an additional 60 days for the defendant to respond and retain local counsel, I do not expect that the defendant will be in a position to participate in a Case Management Conference before late November 2026.

3. The defendant has not agreed to this continuance because he has not yet responded to the Complaint.

4. This is plaintiff's first request to continue the Case Management Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on May 11, 2026 at San Jose, California.

/s/ Bruno Tarabichi
_____
Bruno Tarabichi

DECLARATION OF BRUNO TARABICHI IN SUPPORT OF ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*COVER Corporation v. Masaki Yamashita, et al.* — No. 3:26-cv-01117-JD