UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>           Plaintiff,<br><br>           v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 3:26-cv-01117-JD<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Case Filed:   February 5, 2026<br>Judge:       Honorable James Donato |

Good cause appearing, the motion is GRANTED. The Case Management Conference is continued to _____ at _____, in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102.

       IT IS SO ORDERED.

Dated: _____

_____
JAMES DONATO
United States District Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*COVER Corporation v. Masaki Yamashita, et al.* — No. 3:26-cv-01117-JD