**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **COVER Corporation**, | Case No.: **3:26-cv-01117-AGT** |
| Plaintiff, | |
| | **DEFENDANT MASAKI YAMASHITA'S** |
| *v.* ) | **PRO SE MOTION FOR EXTENSION OF** |
| | **TIME TO ANSWER OR OTHERWISE** |
| **MASAKI YAMASHITA**, | **RESPOND TO THE COMPLAINT** |
| Defendant. | |

Defendant Masaki Yamashita ("Defendant"), appearing pro se (without legal counsel), respectfully moves this Honorable Court for a 30-day extension of time, up to and including August 31, 2026, to answer or otherwise respond to Plaintiff's Complaint in this action. In support of this motion, Defendant respectfully states as follows:

1. On July 11, 2026, Defendant was formally served with the Summons and Complaint in Japan pursuant to the Hague Service Convention. Pursuant to the Federal Rules of Civil Procedure, Defendant's current deadline to respond to the Complaint is August 1, 2026 (or the next business day, August 3, 2026).

2. Defendant resides in Matsuyama, Ehime, Japan, is a native Japanese speaker, and has limited proficiency in English.

3. Defendant does not have the financial resources to retain United States legal counsel and is currently attempting to navigate these complex federal court proceedings on a "pro se" basis from abroad.

4. To ensure a fair opportunity to review the allegations, understand the applicable United States laws, and prepare a proper legal response, Defendant urgently requires additional time.

5. Defendant, through separate Japanese legal counsel, has repeatedly requested Plaintiff's consent for a 30-day extension. However, Plaintiff's counsel has declined to consent to the extension. Accordingly, Defendant is compelled to seek relief directly from this Court.

6. This is Defendant's first request for an extension of time in this matter. This request is made in good faith and not for the purpose of undue delay. No parties will be prejudiced by the requested extension.

WHEREFORE, Defendant Masaki Yamashita respectfully requests that this Court grant this Motion and extend the deadline to answer or otherwise respond to Plaintiff's Complaint to August 31, 2026.

Dated: July 17, 2026                                    Respectfully submitted,

By: /s/ Masaki Yamashita

_____

Masaki Yamashita, Defendant Pro Se

Address: 3-5-7 Miyanishi, 2F, Matsuyama, Ehime, 790-0065, Japan

Email: buddha2434fan@gmail.com