UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COVER CORPORATION, a Japanese corporation,

Plaintiff,

v.

MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:26-cv-01117-JD

**[PROPOSED] ORDER GRANTING PLAINTIFF COVER CORPORATION'S MOTION TO STRIKE DEFENDANT YAMASHITA'S ANSWER AND AFFIRMATIVE DEFENSES**

Date: September 24, 2026
Time: 11:00am
Judge: Honorable James Donato

**AFTER FULL CONSIDERATION** of Plaintiff Cover Corporation's ("Plaintiff") Motion to Strike Defendant Yamashita's Answer and Affirmative Defenses ("Motion to Strike"), and good cause appearing therefor, Plaintiff's Motion to Strike is GRANTED as follows.

**THE COURT HEREBY FINDS THAT**

1. Defendant Yamashita's general denial is improper given the allegations in Plaintiff's Complaint that cannot be reasonably denied with a general denial; and
2. Defendant Yamashita's second, third, and fourth affirmative defenses are deficient.

**THEREFORE, IT IS HEREBY ORDERED THAT**

1. Defendant Yamashita's Answer is hereby stricken in its entirety due to the improper general denial;
2. Defendant Yamashita's second, third, and fourth affirmative defenses are also hereby stricken; and
3. Defendant Yamashita is given 20 days to file a Answer responding to each and every allegation in the Complaint.

ENTERED this _________ day of September, 2026.

______________________________
Hon. James Donato
United States District Judge