Masaki Yamashita
3-5-7 Miyanishi, 2F
Matsuyama, Ehime 790-0065
Japan
Telephone: +81-70-8554-6277
Email: buddha2434fan@gmail.com
Defendant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COVER CORPORATION,<br>Plaintiff,<br>v.<br>MASAKI YAMASHITA,<br>Defendant. | **Case No. 3:26-cv-01117-JD**<br><br>**DECLARATION OF MASAKI YAMASHITA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS** |

I, Masaki Yamashita, declare as follows:

1. I am the Defendant in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I reside in Matsuyama, Ehime Prefecture, Japan.

3. Japanese is my primary language. I require substantial translation assistance to prepare and understand complex United States federal-court filings in English.

4. I do not maintain an office, employees, or a physical business presence in California or elsewhere in the United States.

5. Since approximately 2019, I have independently produced Japanese-language commentary and reporting concerning the Virtual YouTuber ("VTuber") industry.

6. The videos at issue in Plaintiff's Complaint were researched, scripted, edited, narrated, and uploaded by me while I was physically located in Japan. The videos are in Japanese. The

principal source materials and records in my possession concerning those videos are also principally in Japanese.

7. I personally reviewed the 68 entries in Plaintiff's Exhibit B and compared them with my YouTube and email records.

8. Based on that review, 56 distinct videos listed in Plaintiff's Exhibit B correspond to videos for which I submitted DMCA counter-notifications and later received separate restoration notifications from YouTube Copyright.

9. Each of those restoration notifications states in Japanese that YouTube had completed processing the counter-notification pursuant to the Digital Millennium Copyright Act and that the identified video had been restored, unless I had deleted it myself.

10. I received 56 separate restoration notifications corresponding to 56 unique YouTube video IDs. I have preserved copies of all 56 notifications.

11. The final restoration notification among those records was dated February 19, 2026, and identified YouTube video ID IQ17FLC_S30.

12. Attached as Exhibit A is a chart that I prepared after personally reviewing Plaintiff's Exhibit B and my YouTube and email records. The chart identifies the 56 videos corresponding to the counter-notification and restoration process. It also identifies twelve additional entries in Plaintiff's Exhibit B for which, based on my review of my records, I did not identify a corresponding removal, counter-notification, and restoration sequence.

13. My records of the 56 videos that proceeded through the counter-notification and restoration process identify sixteen distinct characters as the copyrighted characters asserted in the corresponding YouTube records. The four additional characters identified in paragraph 10 of Plaintiff's Complaint—AZKi, Kiryu Coco, Houshou Marine, and Hoshimachi Suisei—do not appear as the asserted copyrighted characters in my records of those 56 counter-notified videos. Some of those names may appear in video titles or as persons discussed in particular videos; this paragraph concerns only the identity of the asserted copyrighted character in the corresponding YouTube records.

14. Plaintiff's Exhibit B No. 48 concerns YouTube video EGMIN96IYQ0 and identifies "Kiryu Coco" in the column labeled "COPYRIGHT INFRINGED." I reviewed the copyright-removal notification that I received from YouTube for the same video ID. That notification identifies the "content used" as "ホロライブプロダクション さくらみこ" ("Hololive Production Sakura Miko"). A true and correct copy of that notification is attached as Exhibit C.

15. Plaintiff's Exhibit B No. 63 gives the English reference title:

> President YAGOO's old tweet saying "If I'm going to date anyone, it's Miko-chan!" gets unearthed
> [Motoaki Yagou/Sakura Miko/Mikochi/Hololive/Cover Inc./VTuber]

On September 4, 2026, I accessed Plaintiff COVER Corporation's official English-language corporate webpage at https://cover-corp.com/en/company. The page identified Plaintiff's CEO as "Motoaki Tanigo." A true and correct screenshot of the webpage as I viewed it is attached as Exhibit D.

16. Submitted as Exhibits B-1 through B-4 are true and correct copies of four representative restoration notifications that I received from YouTube Copyright. Those four notifications are among the 56 restoration notifications described in paragraphs 8 through 11 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2026, in Matsuyama, Ehime, Japan.

By: /s/ Masaki Yamashita

Masaki Yamashita