# EXHIBIT A

**TO THE DECLARATION OF**
**MASAKI YAMASHITA**

**RECONCILIATION CHART OF**
**PLAINTIFF'S EXHIBIT B**
**AND DEFENDANT'S YOUTUBE AND EMAIL RECORDS**

Case No. 3:26-cv-01117-JD

# SUMMARY

| | |
|---|---|
| Total entries in Plaintiff's Exhibit B: | **68** |
| Entries corresponding to Defendant's counter-notification/restoration records: | **56** |
| Additional entries for which no corresponding removal/counter-notification/restoration sequence was identified in Defendant's records: | **12** |
| Distinct asserted copyrighted characters identified in Defendant's records of the 56 counter-notified videos: | **16** |

The identification of an "Asserted Copyrighted Character" in this Exhibit refers only to a character specifically identified in Defendant's underlying YouTube records. A character's appearance in a video title or discussion, or its identification in Plaintiff's Exhibit B, is not treated as identification of that character as the asserted copyrighted work in Defendant's YouTube records. Where a YouTube notice did not identify a specific character, the chart states "No specific character identified in YouTube notice."

**NOTE:** For Exhibit B Nos. 64 and 65, the corresponding YouTube removal notifications did not identify a specific character in the "content used" field. Instead, the notices stated:

> "The video unlawfully uses our talent's copyrighted character design and registered name, infringing copyright and trademark rights, and includes speculative content that harms our company's reputation."

Defendant has not inferred a specific asserted copyrighted character for those entries from the video title or from Plaintiff's Exhibit B.

| Exhibit B No. | YouTube Video ID | Asserted Copyrighted Character | Record Status |
|---|---|---|---|
| 1 | Qtm3tG-qIdA | 天音かなた / Amane Kanata | Restored after counter-notification |
| 2 | H-rdbEzchRg | 天音かなた / Amane Kanata | Restored after counter-notification |
| 3 | LpVnY79Gvfc | 白銀ノエル / Shirogane Noel | Restored after counter-notification |
| 4 | bXEPhUyN33c | 天音かなた / Amane Kanata | Restored after counter-notification |
| 5 | iVF0i93lk_o | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 6 | q461xQKjFZE | 鷹嶺ルイ / Takane Lui | Restored after counter-notification |
| 7 | GttwYL6cy94 | 赤井はあと / Akai Haato | Restored after counter-notification |
| 8 | gu4Yqxm1DW4 | 兎田ぺこら / Usada Pekora | Restored after counter-notification |
| 9 | 2cvw3_jlxQI | さくらみこ / Sakura Miko | Restored after counter-notification |
| 10 | zS0nmrxV7lk | さくらみこ / Sakura Miko | Restored after counter-notification |
| 11 | kZPy9HucvW0 | 赤井はあと / Akai Haato | Restored after counter-notification |
| 12 | bdQKy5FeDLw | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 13 | oHqqNdmOuKA | 赤井はあと / Akai Haato | Restored after counter-notification |
| 14 | JpiLLPg2sIk | 赤井はあと / Akai Haato | Restored after counter-notification |
| 15 | iIzGjTNwbEE | 夏色まつり / Natsuiro Matsuri | Restored after counter-notification |
| 16 | ko1kuMpeylA | 獅白ぼたん / Shishiro Botan | Restored after counter-notification |
| 17 | RY3_moCXkcM | 赤井はあと / Akai Haato | Restored after counter-notification |
| 18 | B_E1EzsjqIk | さくらみこ / Sakura Miko | Restored after counter-notification |
| 19 | G8sfOX8gIYs | 兎田ぺこら / Usada Pekora | Restored after counter-notification |
| 20 | esuUPlEFogU | 白銀ノエル / Shirogane Noel | Restored after counter-notification |
| 21 | OvR74sYJDWs | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 22 | EGzEvdmdy-8 | 常闇トワ / Tokoyami Towa | Restored after counter-notification |
| 23 | FQC996-_ZeA | 一条莉々華 / Ichijou Ririka | Restored after counter-notification |
| 24 | 02MuOlN_Sa4 | さくらみこ / Sakura Miko | Restored after counter-notification |

| Exhibit B No. | YouTube Video ID | Asserted Copyrighted Character | Record Status |
|---|---|---|---|
| 25 | PDDL3painAQ | 一条莉々華 / Ichijou Ririka | Restored after counter-notification |
| 26 | IQ17FLC_S30 | 春先のどか / Harusaki Nodoka | Restored after counter-notification |
| 27 | CaNvpnrYL-E | 一条莉々華 / Ichijou Ririka | Restored after counter-notification |
| 28 | Ly04mqmKZXU | 綺々羅々ヴィヴィ / Kikirara Vivi | Restored after counter-notification |
| 29 | Pr5FBdgfTWs | 綺々羅々ヴィヴィ / Kikirara Vivi | Restored after counter-notification |
| 30 | eSL4I32XpAY | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 31 | HFPXdxAErp8 | 姫森ルーナ / Himemori Luna | Restored after counter-notification |
| 32 | Wc94xpST0f8 | 天音かなた / Amane Kanata | Restored after counter-notification |
| 33 | u7o13PEFyfk | 桃鈴ねね / Momosuzu Nene | Restored after counter-notification |
| 34 | ItWczsU5ZxM | 赤井はあと / Akai Haato | Restored after counter-notification |
| 35 | vVC-sG-zmrE | さくらみこ / Sakura Miko | Restored after counter-notification |
| 36 | -DFiLfq9cKs | 天音かなた / Amane Kanata | Restored after counter-notification |
| 37 | DyaxxHsWixE | 夏色まつり / Natsuiro Matsuri | Restored after counter-notification |
| 38 | Nrs3T9Zu4v0 | 赤井はあと / Akai Haato | Restored after counter-notification |
| 39 | Ykft_acuLJg | 天音かなた / Amane Kanata | Restored after counter-notification |
| 40 | NXYFzB4PMdA | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 41 | fGjyk-XtS-0 | 雪花ラミィ / Yukihana Lamy | Restored after counter-notification |
| 42 | _7Qr3iUsTLA | 兎田ぺこら / Usada Pekora | Restored after counter-notification |
| 43 | ngNqF_c7shE | さくらみこ / Sakura Miko | Restored after counter-notification |
| 44 | yIK1LVLbhzo | 赤井はあと / Akai Haato | Restored after counter-notification |
| 45 | CeVu5HJQ0a0 | 赤井はあと / Akai Haato | Restored after counter-notification |
| 46 | 8-SNDNopnxY | 天音かなた / Amane Kanata | Restored after counter-notification |
| 47 | E4qI4ARtYlc | さくらみこ / Sakura Miko | Restored after counter-notification |
| 48 | EGMIN96IYQ0 | さくらみこ / Sakura Miko | Restored after counter-notification |

| Exhibit B No. | YouTube Video ID | Asserted Copyrighted Character | Record Status |
|---|---|---|---|
| 49 | DqNqzIgXc90 | 博衣こより / Hakui Koyori | Restored after counter-notification |
| 50 | qFYiO0-8IwY | さくらみこ / Sakura Miko | Restored after counter-notification |
| 51 | HLbD1ow-VaU | さくらみこ / Sakura Miko | Restored after counter-notification |
| 52 | EjF1LppAEiM | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 53 | Phu5ptc_8RI | さくらみこ / Sakura Miko | Restored after counter-notification |
| 54 | G64DzW5FoS4 | さくらみこ / Sakura Miko | Restored after counter-notification |
| 55 | ah-rjxdMT-Q | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 56 | iQFPiaNCT7I | さくらみこ / Sakura Miko | Restored after counter-notification |
| 57 | 5r6NRpyNQ2c | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 58 | zCeigWGg4Q0 | さくらみこ / Sakura Miko | Restored after counter-notification |
| 59 | -EKlqTjOkVw | さくらみこ / Sakura Miko | Restored after counter-notification |
| 60 | ipcVlR--zgU | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 61 | IKfCHuSxgWo | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 62 | Yqp2R6QIM8o | さくらみこ / Sakura Miko | Restored after counter-notification |
| 63 | cJRkcjcO_Ao | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 64 | UdyJrE9vNiw | No specific character identified in YouTube notice | Restored after counter-notification |
| 65 | 7gxuRbUzIGU | No specific character identified in YouTube notice | Restored after counter-notification |
| 66 | K2hfR1SuhHc | — | No corresponding removal/counter-notification/restoration sequence identified in Defendant's records. |
| 67 | tTqDMNGFAGo | さくらみこ / Sakura Miko | Restored after counter-notification |
| 68 | dfHo1IPKguU | さくらみこ / Sakura Miko | Restored after counter-notification |