# EXHIBITS B-1 THROUGH B-4

# TO THE DECLARATION OF MASAKI YAMASHITA

# REPRESENTATIVE YOUTUBE RESTORATION NOTIFICATIONS

**Case No. 3:26-cv-01117-JD**

Exhibit B-1 – gu4Yqxm1DW4 – February 9, 2026
Exhibit B-2 – LpVnY79Gvfc – February 18, 2026
Exhibit B-3 – Qtm3tG-qIdA – February 18, 2026
Exhibit B-4 – IQ17FLC_S30 – February 19, 2026

# EXHIBIT B-1

YouTube Restoration Notification

**YouTube Video ID:**

gu4Yqxm1DW4

**Date:**

February 9, 2026, 11:34 p.m. JST

Gmail **バーチャルブッダ <buddha2434fan@gmail.com>**

## Re: [AXAFDZ6BI5WNNFV7E42IXY7KTI] 著作権侵害の異議申し立て通知のお知らせ

**YouTube Copyright** <youtube-disputes+2gypdtkogjldq0h@google.com> 2026年2月9日 23:34
返信先: YouTube Copyright <youtube-disputes+2gypdtkogjldq0h@google.com>
To: buddha2434fan@gmail.com

YouTube

マリアのVTuberにうず@愛されて活動7周年 様

デジタル ミレニアム著作権法に従って、異議申し立て通知の処理を完了したことをお知らせいたします。

次の動画は復元されました（お客様ご自身で削除した場合を除きます）。

- http://www.youtube.com/watch?v=gu4Yqxm1DW4

- YouTube チーム

ヘルプセンター • メール オプション

このメールは YouTube チャンネルやアカウントの関連情報、最新情報をお知らせするためにお送りしています。

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# ENGLISH TRANSLATION OF RELEVANT TEXT

## Exhibit B-1

**YouTube Copyright**

February 9, 2026, 11:34 p.m. JST

“We are notifying you that, in accordance with the Digital Millennium Copyright Act, we have completed processing your counter-notification.

The following video has been restored (unless you deleted it yourself):

http://www.youtube.com/watch?v=gu4Yqxm1DW4”

Source: Japanese-language YouTube restoration notification reproduced on the preceding page.

# EXHIBIT B-2

YouTube Restoration Notification

**YouTube Video ID:**

LpVnY79Gvfc

**Date:**

February 18, 2026, 12:17 p.m. JST

Gmail バーチャルブッダ <buddha2434fan@gmail.com>

# Re: [I3PFKEEJSQNBEIA6AFEU6G7FV4] 著作権侵害の異議申し立て通知のお知らせ

**YouTube Copyright** <youtube-disputes+0chb0eqempp0y0h@google.com> 2026年2月18日 12:17
返信先: YouTube Copyright <youtube-disputes+0chb0eqempp0y0h@google.com>
To: buddha2434fan@gmail.com

YouTube

活動終了 様

デジタル ミレニアム著作権法に従って、異議申し立て通知の処理を完了したことをお知らせいたします。

次の動画は復元されました（お客様ご自身で削除した場合を除きます）。

- http://www.youtube.com/watch?v=LpVnY79Gvfc

- YouTube チーム

ヘルプセンター • メール オプション

このメールは YouTube チャンネルやアカウントの関連情報、最新情報をお知らせするためにお送りしています。

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# ENGLISH TRANSLATION OF RELEVANT TEXT

**Exhibit B-2**

**YouTube Copyright**

February 18, 2026, 12:17 p.m. JST

“We are notifying you that, in accordance with the Digital Millennium Copyright Act, we have completed processing your counter-notification.

The following video has been restored (unless you deleted it yourself):

http://www.youtube.com/watch?v=LpVnY79Gvfc”

Source: Japanese-language YouTube restoration notification reproduced on the preceding page.

# EXHIBIT B-3

YouTube Restoration Notification

**YouTube Video ID:**

Qtm3tG-qIdA

**Date:**

February 18, 2026, 8:57 p.m. JST

Gmail バーチャルブッダ <buddha2434fan@gmail.com>

**Re: [DEXNSOTP4BKQUG26ISFWD5SKXU] 著作権侵害の異議申し立て通知のお知らせ**

**YouTube Copyright** <youtube-disputes+10pympxga9wuk0h@google.com> 2026年2月18日 20:57
返信先: YouTube Copyright <youtube-disputes+10pympxga9wuk0h@google.com>
To: buddha2434fan@gmail.com

YouTube

活動終了 様

デジタル ミレニアム著作権法に従って、異議申し立て通知の処理を完了したことをお知らせいたします。

次の動画は復元されました（お客様ご自身で削除した場合を除きます）。

- http://www.youtube.com/watch?v=Qtm3tG-qIdA

- YouTube チーム

ヘルプセンター • メール オプション

このメールは YouTube チャンネルやアカウントの関連情報、最新情報をお知らせするためにお送りしています。

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# ENGLISH TRANSLATION OF RELEVANT TEXT

## Exhibit B-3

**YouTube Copyright**

February 18, 2026, 8:57 p.m. JST

"We are notifying you that, in accordance with the Digital Millennium Copyright Act, we have completed processing your counter-notification.

The following video has been restored (unless you deleted it yourself):

http://www.youtube.com/watch?v=Qtm3tG-qIdA"

Source: Japanese-language YouTube restoration notification reproduced on the preceding page.

# EXHIBIT B-4

YouTube Restoration Notification

**YouTube Video ID:**

IQ17FLC_S30

**Date:**

February 19, 2026, 7:16 a.m. JST

Gmail バーチャルブッダ <buddha2434fan@gmail.com>

# Re: [2QHCKKJZFFI3ZALR7F7WVR4QUU] 著作権侵害の異議申し立て通知のお知らせ

**YouTube Copyright** <youtube-disputes+25g0ui7mxqrqs0h@google.com> 2026年2月19日 7:16
返信先: YouTube Copyright <youtube-disputes+25g0ui7mxqrqs0h@google.com>
To: buddha2434fan@gmail.com

YouTube

活動終了 様

デジタル ミレニアム著作権法に従って、異議申し立て通知の処理を完了したことをお知らせいたします。

次の動画は復元されました（お客様ご自身で削除した場合を除きます）。

- http://www.youtube.com/watch?v=lQ17FLC_S30

- YouTube チーム

ヘルプセンター • メール オプション

このメールは YouTube チャンネルやアカウントの関連情報、最新情報をお知らせするためにお送りしています。

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# ENGLISH TRANSLATION OF RELEVANT TEXT

## Exhibit B-4

**YouTube Copyright**

February 19, 2026, 7:16 a.m. JST

“We are notifying you that, in accordance with the Digital Millennium Copyright Act, we have completed processing your counter-notification.

The following video has been restored (unless you deleted it yourself):

http://www.youtube.com/watch?v=IQ17FLC_S30”

Source: Japanese-language YouTube restoration notification reproduced on the preceding page.