# EXHIBIT C

## TO THE DECLARATION OF
## MASAKI YAMASHITA

## YOUTUBE COPYRIGHT-REMOVAL NOTIFICATION
## REGARDING PLAINTIFF'S EXHIBIT B NO. 48

YouTube Video ID:

**EGMIN96IYQ0**

Case No. 3:26-cv-01117-JD

Relevant entry appears on page 3 of the original
9-page YouTube notification.

Gmail **バーチャルブッダ <buddha2434fan@gmail.com>**

---

**7 日後に YouTube アカウントが無効になります**

---

**YouTube** <no-reply@youtube.com> 2026年1月27日 3:55
返信先: YouTube <no-reply@youtube.com>
To: hong-anbudda-1805@pages.plusgoogle.com

YouTube

マリアのVTuberにうず@愛されて活動6.5周年 様

あなたの動画に対して、著作権侵害による削除通知が YouTube に届きました。適用される著作権法に基づき、次の動画を YouTube から削除しました。

**動画のタイトル:** さくらみこ「ファンクラブは正直鼻ほじって感じ」【みこち/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=B_E1EzsjqIk
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:01:41〜0:01:51
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 桐生ココ「0期生は尊敬しています。さくらみこ先輩以外は」←答え合わせか？【みこち/派閥/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=EGMIN96IYQ0
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:07〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 一条莉々華、ママ絵師「なかむら」が突然キレた件について「マジで何もわかりません」【りりーか/イラストレーター/キャラクターデザイン/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=FQC996-_ZeA
**使用されたコンテンツ:** ホロライブプロダクション 一条莉々華
https://hololive.hololivepro.com/talents/ichijou-ririka/
https://www.youtube.com/@IchijouRirika https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2023-099002/40/ja
**コンテンツ内の対象範囲:** 0:01:17〜0:01:29
**削除リクエストの提出者:** COVER Corporation
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 天音かなたの内部リーク対策で犯人が13カ月たっても特定されてないと確定【リーカー/かなたん/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=H-rdbEzchRg
**使用されたコンテンツ:** ホロライブプロダクション 天音かなた
https://hololive.hololivepro.com/talents/amane-kanata/
https://www.youtube.com/channel/UCZlDXzGoo7d44bwdNObFacg
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102346/40/ja
**コンテンツ内の対象範囲:** 0:00:05〜0:00:12
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 一条莉々華のママ絵師「なかむら」、意味深な呟きを削除するも一切説明せず迷惑をかけ続ける【りりーか/イラストレーター/キャラクターデザイン/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=PDDL3painAQ
**使用されたコンテンツ:** ホロライブプロダクション 一条莉々華
https://hololive.hololivepro.com/talents/ichijou-ririka/
https://www.youtube.com/@IchijouRirika https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2023-099002/40/ja
**コンテンツ内の対象範囲:** 0:01:05〜0:01:19
**削除リクエストの提出者:** COVER Corporation
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** ホロライブ運営、生成AI使用疑惑に関し「下請けが作ったので確認中」と発表【炎上/ホロカ/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=_7Qr3iUsTLA
**使用されたコンテンツ:** ホロライブプロダクション 兎田ぺこら
https://hololive.hololivepro.com/talents/usada-pekora/
https://www.youtube.com/channel/UC1DCedRgGHBdm81E1llLhOQ
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102344/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 【GPT評価60点の謝罪】さくらみこ謝罪配信、何に謝ったのか結局わからない件【みこち/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=dfHo1IPKguU
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:07〜0:00:13

**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 兎田ぺこら「女はどうしても派閥を作るし別の派閥を助けることはない」【ぺこーら/ぺこちゃん/赤井はあと/はあちゃま/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=gu4Yqxm1DW4
**使用されたコンテンツ:** ホロライブプロダクション 兎田ぺこら
https://hololive.hololivepro.com/talents/usada-pekora/
https://www.youtube.com/channel/UC1DCedRgGHBdm81E1llLhOQ
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102344/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:14
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** ホロライブさくらみこ、何故か卒業するかのようなイラストを投稿し活動休止を発表【みこち/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=ngNqF_c7shE
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 桃鈴ねね「マネちゃんに『昨日の配信は言葉を選んでるからギリギリセーフ』って言われた」←マジで！？【ねねち/派閥/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=u7o13PEFyfk
**使用されたコンテンツ:** ホロライブプロダクション 桃鈴ねね
https://hololive.hololivepro.com/talents/momosuzu-nene/
https://www.youtube.com/channel/UCAWSyEs_Io8MtpY3m-zqILA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102358/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** COVER Corporation
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 赤井はあと卒業確定か？4月発売の栞グッズに一人だけ不参加【引退/契約解除/はあちゃま/ブックマーク/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=yIK1LVLbhzo
**使用されたコンテンツ:** ホロライブプロダクション 赤井はあと

https://hololive.hololivepro.com/talents/akai-haato/ https://www.youtube.com/channel/UC1CfXB_kRs3C-zaeTG3oGyg https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102331/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** さくらみこ「えぐえぐ悲しくて16分しか配信できないにぇ…続きは有料メン限で(2時間配信)」←闇が深すぎるよ…【みこち/赤井はあと/はあちゃま/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=zS0nmrxV7lk
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 獅白ぼたん、「新小岩の自〇者」嘲笑発言で炎上しアーカイブ非公開に【ししろん/清掃員/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=ko1kuMpeylA
**使用されたコンテンツ:** ホロライブプロダクション 獅白ぼたん
https://hololive.hololivepro.com/talents/shishiro-botan/
https://www.youtube.com/channel/UCUKD-uaobj9jiqB-VXt71mA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102359/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 姫森ルーナ、ゲーム画面に闇夜乃モルルの表示が出るも「過去の名前が出ちゃってるけど気にしないでね」【んなたん/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=HFPXdxAErp8
**使用されたコンテンツ:** ホロライブプロダクション 姫森ルーナ
https://hololive.hololivepro.com/talents/himemori-luna/
https://www.youtube.com/channel/UCa9Y57gfeY0Zro_noHRVrnw
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102350/40/ja
**コンテンツ内の対象範囲:** 0:01:01〜0:01:12
**削除リクエストの提出者:** COVER Corporation
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 赤井はあと卒業か？個人チャンネルで泣きながら配信し「帰る場所も決定権ももうない」【はあちゃま/転生/契約解除/ホロライブ/カバ

ー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=Nrs3T9Zu4v0
**使用されたコンテンツ:** ホロライブプロダクション 赤井はあと https://hololive.hololivepro.com/talents/akai-haato/ https://www.youtube.com/channel/UC1CfXB_kRs3C-zaeTG3oGyg https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102331/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 星街すいせいがネタにした「怒られてる時のさくらみこ」の態度が酷すぎる【みこち/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=7gxuRbUzIGU
**使用されたコンテンツ:** The video unlawfully uses our talent's copyrighted character design and registered name, infringing copyright and trademark rights, and includes speculative content that harms our company's reputation
**コンテンツ内の対象範囲:** 0:00:05〜0:00:14
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** 兎田ぺこら名誉回復のための「ゆびをふる事件」のまとめ動画、ホロライブ運営の申請で削除【さくらみこ/みこち/ぺこーら/宝鐘マリン船長/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=UdyJrE9vNiw
**使用されたコンテンツ:** The video unlawfully uses our talent's copyrighted character design and registered name, infringing copyright and trademark rights, and includes speculative content that harms our company's reputation
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** さくらみこ競馬番組復唱事件、Yahoo!ニュースに3つも記事が掲載される快挙！【みこち/グリーンチャンネル/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=Yqp2R6QIM8o
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ https://hololive.hololivepro.com/talents/sakuramiko/ https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社

**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** さくらみこ、杞憂のはずが登録者数2万人減少！度重なる炎上の影響か！？【みこち/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=tTqDMNGFAGo
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:46〜0:01:09
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

**動画のタイトル:** ぺこみこ不仲の原因？「ゆびをふる事件」の真相がやばすぎる【さくらみこ/みこち/兎田ぺこら/ぺこーら/宝鐘マリン船長/ホロライブ/カバー株式会社/VTuber】
**動画の URL:** https://www.youtube.com/watch?v=zCeigWGg4Q0
**使用されたコンテンツ:** ホロライブプロダクション さくらみこ
https://hololive.hololivepro.com/talents/sakuramiko/
https://www.youtube.com/channel/UC-hM6YJuNYVAmUWxeIr9FeA
https://www.j-platpat.inpit.go.jp/c1801/TR/JP-2020-102327/40/ja
**コンテンツ内の対象範囲:** 0:00:06〜0:00:13
**削除リクエストの提出者:** カバー株式会社
**連絡先情報:** houmu.cs.contact@cover-corp.com

この動画は YouTube で視聴できなくなります。

### 著作権侵害の警告を受けられました

現在、**著作権侵害の警告が 6 件**あります。そのため、お客様のチャンネル（およびそれに関連付けられている YouTube チャンネル）は 7 日後に停止されます。チャンネルが停止されると、この YouTube チャンネルが復元されない限り、他の YouTube アカウントへのアクセス、新しいアカウントの所有や作成は禁止されていますのでご注意ください。

詳細を表示

### YouTube におけるコンテンツの削除リクエストの処理方法

YouTube は、**自動システムと人間による審査**を組み合わせて削除リクエストを処理しています。

### 対処方法

**対処方法**

今後 7 日間、チャンネルは公開されたままとなりますので、その間に問題を解決してチャンネル停止を回避してください。 この期間中は、新しい動画のアップロードができず、チャンネルの違反警告は期限切れになりません。

- 上記の事案の 1 つ以上についてご自身に過失がないと思われる場合は、**異議申し立て通知**を送信し、再審査を請求できます。異議申し立て通知が転送された結果、違反警告が 3 件を下回った場合は動画を再びアップロードできるようになります。転送された異議申し立て通知の処理中はチャンネルが停止されることはありません。異議申し立て通知で虚偽の情報を提供すると、法的責任を問われる可能性がありますのでご注意ください。
- 動画を削除した申立人に連絡し、削除リクエストの**撤回**を依頼することもできます。
- 詳しくは、**解決方法**をご覧ください。

よろしくお願いいたします。
YouTube チーム

---

このメールは YouTube チャンネルやアカウントの関連情報、最新情報をお知らせするためにお送りしています。

YouTube

© 2026 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# EXHIBIT C

# ENGLISH TRANSLATION OF RELEVANT TEXT

YouTube Video ID: **EGMIN96IYQ0**

**Japanese:**
あなたの動画に対して、著作権侵害による削除通知が YouTube に届きました。適用される著作権法に基づき、次の動画を YouTube から削除しました。

**English:**
YouTube received a copyright infringement removal notification concerning your video. In accordance with applicable copyright law, we removed the following video from YouTube.

**Japanese:**
動画のタイトル:
桐生ココ「0 期生は尊敬しています。さくらみこ先輩以外は」← 答え合わせか？【みこち/派閥/ホロライブ/カバー株式会社/VTuber】

**English:**
Video title:
Kiryu Coco: “I respect the 0th Generation members. Except for Sakura Miko-senpai.” ← Is this a confirmation? [Mikochi/Factions/Hololive/Cover Inc./VTuber]

**Japanese:**
動画の URL:
https://www.youtube.com/watch?v=EGMIN96IYQ0

**English:**
Video URL:
https://www.youtube.com/watch?v=EGMIN96IYQ0

**Japanese:**
使用されたコンテンツ:
ホロライブプロダクション　さくらみこ

**English:**
Content used:
Hololive Production Sakura Miko

**Japanese:**
コンテンツ内の対象範囲:
0:00:07〜0:00:13

**English:**
Relevant portion of the content:
0:00:07–0:00:13

**Japanese:**
削除リクエストの提出者:
カバー株式会社

**English:**
Removal request submitted by:
COVER Corporation

**Japanese:**
連絡先情報:
`houmu.cs.contact@cover-corp.com`

**English:**
Contact information:
`houmu.cs.contact@cover-corp.com`

**Source:** Japanese-language YouTube copyright-removal notification reproduced in this Exhibit. The relevant entry appears on original page 3 of 9.