# EXHIBIT D

**TO THE DECLARATION OF**
**MASAKI YAMASHITA**

**COVER CORPORATION**
**OFFICIAL ENGLISH-LANGUAGE CORPORATE WEBPAGE**

**IDENTIFYING CEO AS**
**"MOTOAKI TANIGO"**

Case No. 3:26-cv-01117-JD

**Source:**
COVER Corporation Official Website
https://cover-corp.com/en/company

**Accessed:**
September 4, 2026

Screenshot captured and preserved by Defendant
on September 4, 2026.

https://cover-corp.com/en/company ゲスト

COVER

Company Business News Recruit IR Promotion JP | EN Menu

# Executives

CEO

## Motoaki Tanigo

Motoaki Tanigo worked at Imagineer Co., Ltd. producing video games in partnership with Sanrio Company, Ltd., before overseeing a business operating official mobile sites in partnership with TV stations and publishing companies. After launching an e-commerce business at istyle Inc., operator of the cosmetics review site @cosme, and participating in the founding of the mobile advertising company Interspire Inc. (now UNITED, Inc.), he founded 30min. Inc. and developed an O2O business centered on 30min., Japan's first GPS-enabled smartphone application, which was then sold to IID, Inc. Established COVER Corporation in 2016.

CTO

## Ikko Fukuda

Ikko Fukuda started his career at Sony Corporation, where he was in charge of designing systems for broadcasters. He served as CTO at Agile Media Network Inc., where he was in charge of advertising systems for social media, campaign systems, etc. Concurrently with the establishment of COVER in 2016, he became Director and CTO, taking charge of the development of a VTuber streaming app.