Masaki Yamashita
3-5-7 Miyanishi, 2F
Matsuyama, Ehime 790-0065
Japan
Telephone: +81-70-8554-6277
Email: buddha2434fan@gmail.com
Defendant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COVER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA,<br><br>Defendant. | **Case No. 3:26-cv-01117-JD** |

**[PROPOSED] ORDER GRANTING DEFENDANT MASAKI YAMASHITA'S MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS**

The Court has considered Defendant Masaki Yamashita's Motion to Dismiss on Forum Non Conveniens Grounds, the papers submitted in connection with the motion, and the record in this action.

For good cause shown, IT IS HEREBY ORDERED that:

1. Defendant Masaki Yamashita's Motion to Dismiss on Forum Non Conveniens Grounds is GRANTED.

2. This action is DISMISSED WITHOUT PREJUDICE on forum non conveniens grounds in favor of an appropriate forum in Japan.

3. This dismissal does not adjudicate the merits of Plaintiff's copyright claims.

4. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: ___________________

______________________________________
**JAMES DONATO**
United States District Judge