Gmail

バーチャルブッダ <buddha2434fan@gmail.com>

# COVER Corporation v. Yamashita, No. 3:26-cv-01117-JD — Request for Written Consent Regarding Dkt. 19

**バーチャルブッダ** <buddha2434fan@gmail.com> 2026年9月5日 23:05
To: dthai@gammalaw.com, bruno@tmwlawfirm.com

Dear Mr. Tarabichi and Mr. Thai,

I am writing regarding Plaintiff's Motion to Strike, Dkt. 18, and my Amended Answer, Dkt. 19.

Plaintiff's Motion to Strike challenges my original Answer, Dkt. 17, including its use of a general denial and the factual sufficiency of certain affirmative defenses.

On August 28, 2026, I filed Dkt. 19 in an effort to address those issues. The Amended Answer responds separately to each numbered allegation in the Complaint and revises the affirmative defenses.

To avoid unnecessary motion practice and to clarify the operative pleading, I respectfully request Plaintiff's written consent under Federal Rule of Civil Procedure 15(a)(2) to Dkt. 19 being treated as Defendant's operative Amended Answer.

If Plaintiff consents, I would also appreciate confirmation whether Plaintiff will withdraw Dkt. 18, or alternatively agree that the Motion to Strike is moot in light of Dkt. 19.

This request is made without waiver of any defense, objection, claim, remedy, or procedural right, including those asserted or preserved in Dkt. 19 and Dkt. 20.

Please let me know Plaintiff's position at your earliest convenience.

Thank you for your consideration.

Sincerely,

Masaki Yamashita
Defendant Pro Se
Case No. 3:26-cv-01117-JD