Masaki Yamashita
3-5-7 Miyanishi, 2F
Matsuyama, Ehime 790-0065
Japan
Telephone: +81-70-8554-6277
Email: buddha2434fan@gmail.com
Defendant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

COVER CORPORATION,
Plaintiff,

v.

MASAKI YAMASHITA,
Defendant.

**Case No. 3:26-cv-01117-JD**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ACCEPT LATE OPPOSITION TO DKT. 18**

Judge: Hon. James Donato

The Court has considered Defendant Masaki Yamashita's Motion under Federal Rule of Civil Procedure 6(b)(1)(B) and Civil Local Rule 6-3 to accept a late opposition to Plaintiff's Motion to Strike, Dkt. 18, the supporting declaration, and the record.

For good cause shown and based on excusable neglect, IT IS HEREBY ORDERED that:

1. Defendant's motion is GRANTED.
2. Defendant's Opposition to Dkt. 18 filed on September 16, 2026, is accepted and will be considered by the Court.
3. The September 24, 2026 hearing date remains unchanged unless separately ordered by the Court.
4. Plaintiff may file a supplemental reply addressing the accepted opposition by ___________________, or may rely on its existing papers.

IT IS SO ORDERED.

Dated: ___________________

______________________________________
JAMES DONATO
United States District Judge