Masaki Yamashita
3-5-7 Miyanishi, 2F
Matsuyama, Ehime 790-0065
Japan
Telephone: +81-70-8554-6277
Email: buddha2434fan@gmail.com
Defendant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COVER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA,<br>Defendant. | **Case No. 3:26-cv-01117-JD**<br><br>**DECLARATION OF MASAKI YAMASHITA IN SUPPORT OF (1) MOTION FOR LEAVE TO FILE AMENDED ANSWER AND (2) MOTION TO ACCEPT LATE OPPOSITION**<br>Judge: Hon. James Donato |

I, Masaki Yamashita, declare as follows:

1. I am the Defendant in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and could testify competently to them.

2. On August 19, 2026, Plaintiff filed its Motion to Strike my original Answer and affirmative defenses. Dkt. 18. The motion is noticed for hearing on September 24, 2026, at 11:00 a.m.

3. On August 28, 2026, I filed an Amended Answer, Dkt. 19, in an effort to address the issues raised in Dkt. 18. Dkt. 19 responds separately to each numbered allegation in the Complaint and revises the affirmative defenses.

4. Because I understood the amended pleading to address the defects identified in Dkt. 18 and expected the original-answer motion to become moot if the amendment was accepted, I did not file a separate opposition to Dkt. 18 by the September 2, 2026 deadline.

5. After recognizing that there could be procedural uncertainty about whether leave or written consent was required for Dkt. 19, I acted to clarify the issue rather than assume Plaintiff's consent.

6. On September 5, 2026, at 11:05 p.m. Japan Standard Time (7:05 a.m. Pacific Daylight Time), I emailed Plaintiff's counsel requesting written consent under Rule 15(a)(2) to treat Dkt. 19 as the

operative Amended Answer. I also asked whether Plaintiff would withdraw Dkt. 18 or agree that the motion was moot. A true and correct copy of that email is attached as Exhibit A.

7. On September 12, 2026, at 1:03 a.m. Japan Standard Time (September 11, 2026, at 9:03 a.m. Pacific Daylight Time), I sent a follow-up email requesting Plaintiff's position. A true and correct copy of that follow-up is attached as Exhibit B.

8. As of September 16, 2026, I have received no response to either email.

9. Upon recognizing that I should not rely on silence as written consent and that a separate opposition to Dkt. 18 had not been filed, I promptly prepared the present requests for leave and for acceptance of a late opposition.

10. I did not separately ask Plaintiff to stipulate to a late opposition before preparing this motion. My prior requests sought to resolve Dkt. 18 by written consent to Dkt. 19 and by withdrawal or mootness of Dkt. 18, and Plaintiff did not respond to either request. In light of the September 24 hearing and the already-expired opposition deadline, I am filing promptly rather than delaying further.

11. I do not seek to continue the September 24 hearing on Dkt. 18. I seek only to have my opposition considered and to have the status of Dkt. 19 resolved. I do not oppose a short supplemental reply by Plaintiff if the Court considers one appropriate.

12. To my knowledge, the prior schedule modifications in this case include the Court's May 26, 2026 order continuing the initial case management conference to November 19, 2026 (Dkt. 15). On July 17, 2026, I also filed a request for additional time to answer (Dkt. 16), but I filed my original Answer on July 30, 2026 (Dkt. 17) before obtaining or using an extension. No stipulation or Court order has previously extended the opposition deadline for Dkt. 18.

13. Accepting the late opposition would not require a change to the existing September 24 hearing date. If the late opposition is not considered, Dkt. 18 may be decided without any opposition from me even though I attempted to cure the identified pleading issues before the opposition deadline expired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2026, in Matsuyama, Ehime, Japan.

Dated: September 16, 2026

By: /s/ Masaki Yamashita

Masaki Yamashita, Defendant Pro Se