Gmail **バーチャルブッダ <buddha2434fan@gmail.com>**

# COVER Corporation v. Yamashita, No. 3:26-cv-01117-JD — Request for Written Consent Regarding Dkt. 19

**バーチャルブッダ** <buddha2434fan@gmail.com> 2026年9月12日 1:03
To: dthai@gammalaw.com, bruno@tmwlawfirm.com

Dear Mr. Tarabichi and Mr. Thai,

I am following up on my September 5 email regarding Dkt. 18 and Dkt. 19.

I would appreciate confirmation of Plaintiff's position regarding whether Plaintiff consents to Dkt. 19 being treated as the operative Amended Answer, and whether Plaintiff intends to withdraw Dkt. 18 or agrees that it is moot.

Thank you for your attention to this matter.

Sincerely,
Masaki Yamashita
Defendant Pro Se

2026年9月5日(土) 23:05 バーチャルブッダ <buddha2434fan@gmail.com>:
[元のメッセージ非表示]