Masaki Yamashita
3-5-7 Miyanishi, 2F
Matsuyama, Ehime 790-0065
Japan
Telephone: +81-70-8554-6277
Email: buddha2434fan@gmail.com
Defendant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

COVER CORPORATION,
Plaintiff,

v.

MASAKI YAMASHITA,
Defendant.

**Case No. 3:26-cv-01117-JD**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND DEEMING DKT. 19 OPERATIVE**

Judge: Hon. James Donato

The Court has considered Defendant Masaki Yamashita's Motion for Leave to File Amended Answer and to Deem Dkt. 19 the Operative Amended Answer, the supporting declaration and exhibits, and the record in this action.

For good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to amend under Federal Rule of Civil Procedure 15(a)(2) is GRANTED.
2. The Amended Answer previously filed at Dkt. 19 is deemed the operative Amended Answer in this action as of the date of this Order, and Defendant need not file a duplicative copy.
3. Plaintiff's Motion to Strike at Dkt. 18, which is directed to the superseded Answer at Dkt. 17, is TERMINATED AS MOOT, without prejudice to any procedurally proper challenge to the operative pleading.
4. Nothing in this Order adjudicates the merits of Defendant's defenses or Defendant's separately pending Motion to Dismiss on Forum Non Conveniens Grounds, Dkt. 20.

IT IS SO ORDERED.

Dated: ___________________

____________________________________

JAMES DONATO
United States District Judge