Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01117-JD<br><br>**DECLARATION OF YOSUKE KANEKO IN SUPPORT OF PLAINTIFF COVER CORPORATION'S OPPOSITION TO DEFENDANT YAMASHITA'S MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS**<br><br>Date: October 15, 2026<br>Time: 11:00am<br>Courtroom: 11, 19th Floor<br>Judge: Honorable James Donato |

I, Yosuke Kaneko, declare as follows:

1. I am a Managing and Senior Vice President of Plaintiff, COVER Corporation ("COVER"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Plaintiff Cover Corporation's Opposition to Defendant Yamashita's Motion to Dismiss on Forum Non Conveniens Grounds.

2. COVER is a Japanese entertainment company founded in 2016 and headquartered in Tokyo. However, COVER also has a presence in the United States by virtue of its wholly owned North American subsidiary COVER USA, Inc., which is a California corporation located in Glendale, California.

3. In 2017, COVER launched its hololive production division ("Hololive") to support online streamers who use virtual avatars ("VTubers") to perform and interact with fans. The VTuber industry is a fast-growing entertainment sector, and through Hololive, Plaintiff helps VTubers establish, maintain, and monetize their online presences, including by facilitating the coordination of events and collaborations.

4. COVER has been steadily growing its engagement within the U.S. market in recent years, particularly in California. For example, COVER had a significant VTuber livestream event with the Los Angeles Dodgers on July 5, 2025, and a VTuber concert at Radio City Music Hall in New York on August 23-24, 2025.

5. In fact, in terms of viewership of COVER's content, U.S. viewers account for approximately one-quarter of all overseas viewership.

6. COVER owns all the intellectual property rights, including copyright rights, to the avatar characters used by the VTubers. Given the growing importance of the U.S. market to COVER's business operations, COVER has registered over 100 of these avatar characters with the U.S. Copyright Office. These registrations include the specific avatar characters in this action.

7. Examples of some of the COVER Characters are depicted below.



Amane Kanata



Momosuzu Nene



Tokoyami Towa

The copyrighted COVER Characters have achieved global fame and popularity and constitute valuable intellectual property and a significant source of revenue for COVER.

8. In early January 2026, COVER discovered that Defendant had uploaded video content that infringes the COVER Characters onto his YouTube channel called @V_Virgin_Mary, which has thousands of subscribers.

9. COVER discovered that Defendant had uploaded at least 68 different infringing videos that reproduced, and/or contained derivative works of, the COVER Characters. These infringing videos specifically identified the COVER Characters by name. An example of one of the infringing videos on Defendant's YouTube channel is depicted below.



10. In this example, Defendant has both referenced COVER's copyrighted avatar character by name, Amane Kanata, and reproduced Plaintiff's copyrighted character in the video.

11. Before filing this lawsuit, COVER attempted to address the infringing videos directly with YouTube, submitting 68 copyright violation claims (i.e., takedown notices). While some of the videos were taken down, either by Defendant or YouTube, in response to the initial takedown notices, Defendant began submitting counter notifications in response to other takedown notices.

12. Because Defendant submitted counter notifications denying infringement, Google/YouTube required proof of legal action in order for the infringing content to remain removed, which, in turn, forced COVER to file this lawsuit.

13. COVER anticipates offering testimony from its own personnel regarding ownership, registration, and damages and is willing to produce its employees and management as witnesses in this District at its own expense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 18, 2026.

[signature]

YOSUKE KANEKO, Senior Vice President