Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01117-JD<br><br>**PLAINTIFF COVER CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANT YAMASHITA'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Date: September 24, 2026<br>Time: 11:00am<br>Judge: Honorable James Donato |

In light of Defendant Yamashita's Amended Answer (ECF No. 19), Plaintiff COVER Corporation hereby withdraws its Motion to Strike scheduled for a hearing on September 24, 2026.

Dated: September 22, 2026

Respectfully submitted,

GAMMA LAW, P.C.

By */s/ Bruno Tarabichi*

Bruno Tarabichi
Attorneys for Plaintiff
COVER Corporation