United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COVER CORPORATION,
Plaintiff,

v.

MASAKI YAMASHITA,
Defendant.

Case No. 26-cv-01117-JD

**JUDGMENT**

Pursuant to the order re dismissal, Dkt. No. 28, and Federal Rule of Civil Procedure 58, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2026

JAMES DONATO
United States District Judge