AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court<br>California Northern District (San Francisco) |
|---|---|---|
| DOCKET NO.<br>3:26-cv-01117-AGT | DATE FILED<br>2/5/2026 | |
| PLAINTIFF<br>COVER Corporation | | DEFENDANT<br>Masaki Yamashita |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See page 2. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☒ Judgment | ☒ Yes No | 10/26/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| MARK B. BUSBY | | 10/28/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| No. | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2-456-777 | Amane Kanata | COVER Corporation |
| 2 | VA 2-456-739 | Takane Lui | COVER Corporation |
| 3 | VA 2-456-675 | Shirogane Noel | COVER Corporation |
| 4 | VA 2-455-996 | Usada Pekora | COVER Corporation |
| 5 | VA 2-456-672 | AZKi | COVER Corporation |
| 6 | VA 2-456-282 | Akai Haato | COVER Corporation |
| 7 | VA 2-457-255 | Sakura Miko | COVER Corporation |
| 8 | VA 2-456-559 | Natsuiro Matsuri | COVER Corporation |
| 9 | VA 2-456-321 | Shishiro Botan | COVER Corporation |
| 10 | VA 2-456-906 | Tokoyami Towa | COVER Corporation |
| 11 | VA 2-456-740 | Ichijou Ririka | COVER Corporation |
| 12 | VA 2-456-588 | Harusaki Nodoka | COVER Corporation |
| 13 | VA 2-456-591 | Kikirara Vivi | COVER Corporation |
| 14 | VA 2-456-756 | Himemori Luna | COVER Corporation |
| 15 | VA 2-456-769 | Momosuzu Nene | COVER Corporation |
| 16 | VA 2-456-191 | Yukihana Lamy | COVER Corporation |
| 17 | VA 2-456-574 | Kiryu Coco | COVER Corporation |
| 18 | VA 2-456-006 | Hakui Koyori | COVER Corporation |
| 19 | VA 2-456-678 | Houshou Marine | COVER Corporation |
| 20 | VA 2-455-998 | Hoshimachi Suisei | COVER Corporation |

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION,<br>Plaintiff,<br>v.<br>MASAKI YAMASHITA,<br>Defendant. | Case No. 26-cv-01117-JD<br><br>**JUDGMENT** |

Pursuant to the order re dismissal, Dkt. No. 28, and Federal Rule of Civil Procedure 58, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2026

JAMES DONATO
United States District Judge