Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01117-JD<br><br>PLAINTIFF COVER CORPORATION'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>Judge: Honorable James Donato |

Notice is hereby given that Plaintiff COVER CORPORATION hereby appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the Order RE Dismissal (ECF No. 28) and Judgment (ECF No. 29), both entered on October 26, 2026.

In accordance with Circuit Rule 3-2, the Representation Statement is attached as Exhibit 1.

Dated: November 20, 2026

Respectfully submitted,

GAMMA LAW, P.C.

By *\/s/ Bruno Tarabichi*

Bruno Tarabichi
Attorneys for Plaintiff
COVER Corporation