# EXHIBIT 1

Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Bruno Tarabichi, SBN 215129
Email: btarabichi@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Plaintiff
COVER Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASAKI YAMASHITA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01117-JD<br><br>PLAINTIFF COVER CORPORATION'S REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2<br><br>Judge: Honorable James Donato |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Plaintiff COVER CORPORATION hereby respectfully submits its Representation Statement pursuant to Ninth Circuit Rule 3-2 as follows:

Plaintiff COVER CORPORATION is represented by the following counsel:

Duy Thai, CA State Bar No. 157345
Bruno Tarabichi, CA State Bar No. 215129
Gamma Law, P.C.
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510

Defendant MASAKI YAMASHITA is unrepresented by counsel to Plaintiff's knowledge. Defendant's address is as follows:

Masaki Yamashita
3-5-7 Miyanishi, 2F, Matsuyama
Ehime, 790-0065, Japan
Buddha2434fan@gmail.com

Dated: November 20, 2026

Respectfully submitted,

GAMMA LAW, P.C.

By *_/s/ Bruno Tarabichi_*
Bruno Tarabichi
Attorneys for Plaintiff
COVER Corporation